Case: 3:07-cv-00450-jcs   Document #: 17   Filed: 10/03/07   Page 1 of 1

Document Number: 017  
Case Number: 07-C-0450-S  
United States District Court  
Western District of Wisconsin  
Theresa M. Owens  
Filed/Received  
10/03/2007 10:40:07 AM CDT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

DAN DREESENS and
JAMIE DREESENS,

              Plaintiff,                      ORDER
                                                         07-C-450-S

   v.

HESS, KENNEDY & COMPANY and
CREDIT EXCHANGE CORPORATION,

             Defendants.
_____

    Plaintiffs' motion for leave to file amended complaint came on to be heard before the Court in the above entitled matter on October 3, 2007, defendant Hess, Kennedy & Company having appeared by Brennan, Steil & Basting by Edward A. Corcoran; defendant Credit Exchange Corporation by David M. McDorman; plaintiff having failed to appear.  Honorable John C. Shabaz, District Judge, presided.

    Upon motion of defendant Credit Exchange Corporation to amend plaintiffs' motion,

ORDER

    IT IS ORDERED that plaintiff's motion for leave to amend complaint is GRANTED except that the request to add Enhanced Servicing Solutions, Inc. as an additional defendant is DENIED.

    The Court notes thereafter plaintiff's counsel appeared by telephone and agreed that it is unnecessary to name Enhanced Servicing Solutions, Inc. as an additional defendant.

    Entered this 3rd day of October, 2007.

                                BY THE COURT:

                                /s/

                          _____
                          JOHN C. SHABAZ
                          District Judge